IN THE UNTIED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

**NATHANIEL S. HIRSCH**,

Plaintiff,

v.

**BANK OF AMERICA, N.A.**, a national banking association,

Defendant.

Case No. 2:26-cv-02041-JLR

**[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

THIS MATTER came before the Court upon defendant Bank of America, N.A.'s (the "***Defendant***") Second Unopposed Motion for an Extension of Time to Respond to Complaint (the "Motion"). The Court finds that Defendant has shown good cause for its requested extension.

It is hereby ORDERED that the Motion is GRANTED. Defendant is authorized to answer or otherwise respond to plaintiff Nathaniel S. Hirsch's complaint on or before August 24, 2026.

SO ORDERED this 10th day of August, 2026.

Honorable James L. Robart



**Miller Nash LLP**
605 5th Ave S, Suite 900
Seattle WA 98104
206.624.8300 | Fax: 206.340.9599

Presented By:

MILLER NASH LLP

*/s/ Sarah Chicoine*

Sarah Chicoine, WSBA No. 58487
Jesús Miguel Palomares, WSBA No. 51858
jesus.palomares@millernash.com
Sarah.chicoine@millernash.com
605 5th Ave S
Ste 900
Seattle, WA 98104
Telephone: (206) 624-8300
Fax: (206) 340-0599

Attorneys for Defendant